IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 23-70001-M-11 |
| | ) | |
| M.A.R. DESIGNS & CONSTRUCTION, INC. | ) | |
| Debtor. | ) | Chapter 11 |

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTIONS SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**EXPEDITED RELIEF REQUESTED BY MARCH 6, 2023.**

EXPEDITED MOTION OF DEBTOR M.A.R. DESIGNS & CONSTRUCTION, INC.
FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT LIST

TO THE HONORABLE JUDGE OF THE BANKRUPTCY COURT:

Debtor  M.A.R. Designs & Construction, Inc. respectfully moves the Court for leave to file a supplemental exhibit  list,  Attachment 1, to this motion to supplement E.C.F. 97.  The supplemental exhibit list  lists an *amended* declaration by the proposed special counsel, Attachment 2,  which is pertinent to the *Application for the Approval of the Employment of Frank J. Rodriguez  as Special Counsel for the Debtor.* The *amended* declaration contains one added line to ensure that there is a written record of compliance with bankruptcy code 1195. Debtor proposes that the amended declaration amend E.C.F 87-2, the original declaration.

Counsel for Debtor has attempted to confer with the counsel for the parties in interest but probably because of the attempt to communicate is over the weekend, has not heard from anyone. A proposed form of order is attached.

On March 3, 2023, the Debtor served the supplemental exhibit list along with the amended declaration of Frank J. Rodriguez by email to all parties of notice.

This motion is being filed on an expedited basis so that the Court can consider it at the hearing on the application for approval of employment of special counsel, March 6, 2023 at 10:00 A.M.

WHEREFORE, PREMISES CONSIDERED, M.A.R. DESIGNS & CONSTRUCTION, INC. prays that this Court grant the *Expedited Motion of Debtor M.A.R. Designs & Construction, Inc. for Leave to File Supplemental Exhibit List*, and grant him any such further relief at law or under equity to which it has shown itself justly entitled to receive.

Date: March 5, 2023                             Respectfully submitted,

Law Office of Antonio Martinez, Jr.

/*s/ Antonio Martinez, Jr.*
Antonio Martinez, Jr.
515 W. Nolana Ave. Ste B
McAllen, TX 78504
956-683-1090
Direct: 956-789-5393
Email: martinez.tony.jr@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Motion of Debtor M.A.R. Designs & Construction, Inc. for Leave to File Supplemental Exhibit List*, was served on the date that it was filed electronically on the parties listed below and on the parties listed in the Creditor Matrix filed in this case. Service was accomplished by the method and to the following as indicated: BY ELECTRONIC NOTICE, FACSIMILE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

Aubrey Thomas
Office of the US Trustee
615 E. Houston St.
Suite 533
San Antonio, TX 78205

aubrey.thomas@usdoj.gov,
USTPRegion07.CC.ECF@USDOJ.GOV

Andrew Jimenez
US Department of Justice
606 N. Carancahua, Suite 1107
Corpus Christi, Texas 78401-0680

andrew.jimenez@usdoj.gov

Debtor M.A.R. Designs & Construction, Inc.
3701 E. Lincoln Ave.
Alton, Texas 78573

Hilario Villasenor
7205 North Seminary Rd
Edinburg, Texas 78541

lacuchilla00@yahoo.com

Hidalgo County
c/o Diane Wade Sanders, Esq.
Linebarger Goggan Blair & Sampson, LLP
PO Box 17428
AUSTIN, TX 78760-7428

austin.bankruptcy@publicans.com

Comack Investments, LP
c/o Rudy Salinas, Esq. and
Gregory Kerr, Esq.
P.O. Box 1247
Weslaco, Texas 78599-1247

rsalinas@jgkl.com, gkerr@jgkl.com

Comack Investments, L.P.
754 Silver Spur Dr.
Weatherford, TX 76087

International Bank of Commerce
c/o DYKEMA GOSSETT PLLC
Attention: Diann M. Bartek
1400 N. McColl Road, Suite 204
 McAllen, Texas 78501
(956) 984-7400 (Telephone)
(956) 984-7499 (Facsimile)

dbartek@dykema.com

Penny Brown dba Penny Investments
c/o Mr. Kurt Stephen

The Law Office of Kurt Stephen, PLLC
100 South Bicentennial McAllen, Texas 78501       kurt@kstephenlaw.com

Audie Ray Real Estate
c/o Gregorio Trevino
300 E. Expressway 83, Ste I
Pharr, Texas 78577                                gtrevlaw@sbcglobal.net

International Bank of Commerce
One South Broadway
McAllen, TX 78503

Erick A. Guerrero Tellez
c/o Laguna Law PLLC
1305 E. Nolana Ave. Suite F
McAllen, Texas 78504                              jeana@laguna-law.com

Penny Brown dba Penny Investments
3417 N 23rd St., St A
McAllen, Texas 78501

Zarsky Lumber
c/o Kevin M Maraist
1001 Thirst St., Ste 1
Corpus Christi, TX 78404                          kmaraist@albmlaw,com

ACT Pipe & Supply, Inc.
c/o Carl William Thompson
10900 Brittmoore Park Drive, Suite L
Houston, Texas 77041                              carl@thompsonconstructionlaw.com

The 20 largest unsecured creditors

Alejandro Moreno
c/o Antonio Villeda
Villeda Law Group
6316 N. 10th Street, Bldg. B
McAllen, Texas 78504                              avilleda@mybusinesslawyer.com

Royal Ready Mix
5361 N. Abrahams Rd
Mission, TX 78574

Internal Revenue Service
P.O. Box 7346

| | |
|---|---|
| Philadelphia, PA  19101-7346 | elizabeth.a.mason@irs.gov |
| M & T Capitol<br>P.O. Box 370<br>Schertz, TX 78154 | |
| Stephen Sather, Esq.<br>BARRON & NEWBURGER, P.C<br>7320 N Mopac Expy #400<br>Austin, TX 78731 | Ssather@bn-lawyers.com |
| Marcus Montalvo<br>Montalvo Law<br>900 N. Main St.<br>McAllen, Texas 78501 | mark@montalvolaw.net |
| Nicolas Cuevas<br>Maria Cuevas<br>Daniel Cuevas<br>c/o Kenna Giffin<br>P.O. Box 3784<br>McAllen, Texas 78502 | ksgattorney@gmail.com |

 /s/ Antonio Martinez, Jr.
Antonio Martinez, Jr.